| PROB 22 | DOCKET NUMBER (Tran. Court) |
|---|---|
| **TRANSFER OF JURISDICTION** | 2:94-CR-00204-003-DKW |
| | DOCKET NUMBER (Rec. Court) |
| | 05-20324 MI V |

*05 AUG 29 AM 11:41*
*THOMAS M. GOULD*
*CLERK, U.S. DISTRICT COURT*
*W/D OF TN, MEMPHIS*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT |
|---|---|
| Thomas Edward Pinkney, Sr.<br>7708 Thunderstone Circle South<br>Memphis, TN 38125 | Utah |
| | DIVISION |
| | Central |
| | NAME OF SENTENCING JUDGE |
| | David K. Winder |

| DATES OF SUPERVISION TERM | FROM<br>May 6, 2005 | TO<br>May 5, 2010 |
|---|---|---|

**OFFENSE**

Distribute and Possession with Intent to Distribute Cocaine [21 U.S.C. § 841(a)(1); Conspiracy [21 U.S.C. § 846]

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **Utah, Central**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the defendant named above be transferred with the records of the Court to the United States District Court for the District of **Tennessee, Western** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

7-30-05
Date

*David K. Winder*
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **Tennessee, Western**

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

Aug. 23, 2005
Effective Date

*J.P. McCalla*
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-29-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20324 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT